1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                          FOR THE DISTRICT OF ARIZONA
8
9   Terry Lee LOVATO,                    )    No. CV-05-1837-PHX-SMM (JM)
                                         )
10              Plaintiff,                )
                                         )    **ORDER**
11      v.                                )
                                         )
12  Joseph ARPAIO,                        )
                                         )
13              Defendant.                )
    _____)
14

On February 24, 2006, Magistrate Judge Jacqueline J. Marshall filed a Report and Recommendation, advising this Court that Plaintiff's Complaint and this action should be dismissed without prejudice for failure to respond and failure to exhaust administrative remedies. [Doc. No. 15] To date, Plaintiff has not filed objections to Judge Marshall's Report and Recommendation.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)).

By failing to object to a Report and Recommendation, a party waives its right to challenge the Magistrate's factual findings, but not necessarily the Magistrate's legal

1 conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

## DISCUSSION

Having reviewed the legal conclusions of the Report and Recommendation of the Magistrate Judge, and no objections having been made by Plaintiff thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

For the reasons set forth,

**IT IS ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Jacqueline J. Marshall. [Doc. No. 15]

**IT IS FURTHER ORDERED** that Plaintiff's Complaint and this action are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall terminate this action accordingly.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to all parties as well as to Magistrate Judge Jacqueline J. Marshall.

DATED this 28th day of March, 2006.

Stephen M. McNamee
Chief United States District Judge